IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **LEONARD LEE DAVIS, JR.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Officer PRATER,** *et al.,*<br><br>*Defendants.* | **Case No. 3:24-cv-110-TES-CHW**<br>**Proceedings Under 42 U.S.C. § 1983**<br>**Before the U.S. Magistrate Judge** |

**ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 30, 2025, the United States Magistrate Judge filed a Report and Recommendation ("R&R") and ultimately concluded that Defendants' Motion to Dimsis [Doc. 12] be granted and that Plaintiff's motion, docketed as a "Motion for Status and Request for Ruling" [Doc. 17], be denied as moot. [Doc. 19]. Plaintiff has not timely filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's R&R. [*Id.* at pp. 9–10]. Thus, the Court reviews the R&R for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

Having considered the R&R, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's R&R [Doc. 19] and

**MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss [Doc. 12] and **DISMISSES** this action **without prejudice**. It is further **ORDERED** that Plaintiff's motion [Doc. 17], docketed as a "Motion for Status and Request for Ruling," be **DENIED as moot**.

    **SO ORDERED**, this 1st day of December, 2025.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**